# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3153

_____

MICHAEL REUSCHEL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

June 17, 2024

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luke Newman of Luke Newman, P.A., Tallahassee, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.